# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| ANHAM FZCO, LLC ) | ASBCA No. 59000 |
| ) | |
| Under Contract No. SPM300-10-D-3373 ) | |

APPEARANCES FOR THE APPELLANT:

Eric J. Marcotte, Esq.
Marques O. Peterson, Esq.
Caroline A. Keller, Esq.
Kyle E. Gilbertson, Esq.
Jacob W. Scott, Esq.
  Vedder Price
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Michael D. McPeak, Esq.
Corrine M. Foley Petersen, Esq.
Gary Shifton, Esq.
  Trial Attorneys
  DLA Troop Support
  Philadelphia, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 January 2016

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59000, Appeal of ANHAM FZCO, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals